ACCEPTED
13-15-00152-CR
THIRTEENTH COURT OF APPEALS
CORPUS CHRISTI, TEXAS
11/24/2015 11:01:42 AM
Dorian E. Ramirez
CLERK

NO. 13-15-00152-CR

IN THE COURT OF APPEALS FOR THE
THIRTEENTH DISTRICT OF TEXAS
CORPUS CHRISTI, TEXAS

FILED IN
13th COURT OF APPEALS
CORPUS CHRISTI/EDINBURG, TEXAS
11/24/2015 11:01:42 AM
DORIAN E. RAMIREZ
Clerk

_____

LEANDRE HILL,
*Appellant*

v.

THE STATE OF TEXAS,
*Appellee*

_____

ON APPEAL FROM THE 379th JUDICIAL DISTRICT COURT
OF BEXAR COUNTY, TEXAS
CAUSE NUMBER 2012-CR-9686

_____

AMENDED    BRIEF FOR THE STATE

_____

NICHOLAS "NICO" LaHOOD
Criminal District Attorney
Bexar County, Texas

ANDREW N. WARTHEN
Assistant Criminal District Attorney
Bexar County, Texas
Paul Elizondo Tower
101 W. Nueva Street
San Antonio, Texas 78205
Phone: (210) 335-2414
Email: awarthen@bexar.org
State Bar No. 24079547
*Attorneys for the State of Texas*

**ORAL ARGUMENT WAIVED**

1

## IDENTITY OF PARTIES AND COUNSEL

Pursuant to TEX. R. APP. P. 38.2(a), the appellee supplements the appellant's list of parties as follows:

| | |
|---|---|
| **APPELLATE STATE'S ATTORNEY** | **Andrew N. Warthen** <br> State Bar No. 24079547 <br> Assistant Criminal District Attorney <br> Paul Elizondo Tower <br> 101 W. Nueva Street <br> San Antonio, Texas 78205 <br> (210) 335-2414 <br> awarthen@bexar.org |

# TABLE OF CONTENTS

Page

IDENTITIES OF PARTIES AND COUNSEL                    2

INDEX OF AUTHORITIES                                  4

STATEMENT OF THE CASE                                5

ISSUES PRESENTED                                      5

*APPELLANT'S SOLE ISSUE*
The judgment should be corrected to give Hill credit on his sentence for all of the time that he remained in custody until he was sentenced.

***STATE'S RESPONSE***
**This appeal is moot because the trial court has entered an order which grants the relief that appellant requests. The State concurred with the trial court's decision. Therefore, there is no controversy for this court to review.**

STATEMENT OF FACTS                                   5

SUMMARY OF THE ARGUMENT                              6

ARGUMENT                                             7

PRAYER FOR RELIEF                                    7

CERTIFICATE OF COMPLIANCE AND SERVICE                8

# **INDEX OF AUTHORITIES**

None.

# BRIEF FOR THE STATE

To the Honorable Fourth Court:

Now comes, Nicholas "Nico" LaHood, Criminal District Attorney of Bexar County, Texas, and files this brief for the State.

# STATEMENT OF THE CASE

The State accepts appellant's Statement of the Case.

# ISSUES PRESENTED

*APPELLANT'S SOLE ISSUE*
The judgment should be corrected to give Hill credit on his sentence for all of the time that he remained in custody until he was sentenced.

*STATE'S RESPONSE*
**This appeal is moot because the trial court has entered an order which grants the relief that appellant requests. The State concurred with the trial court's decision. Therefore, there is no controversy for this court to review and grant relief on.**

# STATEMENT OF FACTS

The State *accepts* the factual assertions contained in appellant's brief. *See* TEX. R. APP. P. 38.2(a)(1)(B). The State will supply supplemental pertinent facts supported with record references within its response to appellant's points of error.

## SUMMARY OF THE ARGUMENT

This issue has been resolved by the trial court following an agreement of the parties. Therefore, there is nothing for this court to review and this appeal should be dismissed.

## ARGUMENT

After undersigned counsel for the State spoke with appellant's appellate counsel about the issue on appeal, appellant's counsel and the State's agreed that appellant would file a motion for a judgment *nunc pro tunc* with the district court in order to receive the time credit he is seeking. On September 11, 2015, appellant's counsel filed a motion for such a judgment, and on the same date the trial court signed an order to give appellant the time credit he is owed. (CR Supp. Of November 9, 2015 at 3-6.) As the issue is now moot, appellant's counsel has informed the State that he has sent a motion to dismiss this appeal to appellant through the postal service so that he can sign it and so this appeal can be dismissed. That signed motion was submitted on November 23, 2015. But, in an abundance of caution, the State submits this brief noting that the issue has been resolved and is, thus, now moot. Therefore, this appeal should be dismissed because there is no contested issue for which this court can grant relief.

6

## **PRAYER**

WHEREFORE, PREMISES CONSIDERED, the State of Texas submits that the judgment of the trial court should, in all things, be AFFIRMED and this appeal DISMISSED.

Respectfully submitted,

Nicholas "Nico" LaHood
Criminal District Attorney
Bexar County, Texas

/s/ *Andrew N. Warthen*
Andrew N. Warthen
Assistant Criminal District Attorney
Bexar County, Texas
Paul Elizondo Tower
101 W. Nueva Street
San Antonio, Texas 78205
Phone: (210) 335-2414
Email: awarthen@bexar.org
State Bar No. 24079547

*Attorneys for the State*

**CERTIFICATE OF COMPLIANCE AND SERVICE**

I, Andrew N. Warthen, herby certify that the total number of words in appellee's brief is 280.  I also certify that a true and correct copy of the above and forgoing brief was emailed to appellant Leandre Hill's attorney, Richard B. Dulany, at richarddulany@gmail.com, on this the 24th day of November, 2015.

/s/ *Andrew N. Warthen*
Andrew N. Warthen
Assistant Criminal District Attorney

*Attorney for the State*